No. 93–5366. TAYLOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5367. WYSINGER *v.* HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–5368. EASTLAND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5371. ESCOFFREY *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 93–5372. HILL *v.* INTERNAL REVENUE SERVICE. C. A. 6th Cir. Certiorari denied.

No. 93–5373. MURPHY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5375. OJO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–5376. TAPIA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–5378. VAUGHN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–5380. GOBER *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 93–5383. RAMSEY *v.* OFFICE OF THE STATE ENGINEER ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–5384. LANGFORD *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 93–5385. LEE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5386. MYERS *v.* ROWLAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5387. SEXSTONE *v.* RENO, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.